UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                Case No. 3:21-mj-285/HTC

GISELA CASTRO MEDINA
_____/

WAIVER OF RULE 5 HEARING
(Indictment)

I understand that I have been charged in the District of Minnesota.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine if I am the person named in the indictment;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise -- unless I am indicted -- to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district pursuant to Fed. R. Crim. P. 20, in order to plead guilty,

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ all of the above. I request that ☐ my preliminary hearing and/or ☒ my detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

*Gisela Castro Medina*
GISELA CASTRO MEDINA

*Randall Lockett*
Counsel for the Defendant

August 16, 2021

FILED IN OPEN COURT THIS
August 16, 2021
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF FL

3:21-mj-285/HTC