UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:21-mj-285-HTC

GISELA CASTRO MEDINA
_____/

**COMMITMENT TO ANOTHER DISTRICT**

The Defendant has been ordered to appear in the District of Minnesota (the "Charging District"), to answer an Indictment in case number 21-cr-173 WMW/DTS.  The Defendant is not requesting court-appointed counsel.  Defendant admitted identity and has waived Defendant's right to have a detention hearing in this District.

The Defendant remains in custody after Defendant's initial appearance.

IT IS ORDERED:  The United States Marshal is commanded to take custody of GISELA CASTRO MEDINA and to transport the Defendant with a certified copy of this Commitment Order forthwith to the Charging District and there deliver Defendant to the United States Marshal for that District or to some other officer authorized to receive the Defendant.  The marshal or officer in the Charging District should immediately notify the United States attorney and the clerk of court for that district of the Defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the Charging District.

Dated:  August 16, 2021

s/ *Hope Thai Cannon*
Hope Thai Cannon
United States Magistrate Judge

| **RETURN** | | |
|---|---|---|
| Commitment Order received | Place of Commitment | Date Defendant Committed |
| Date | United States Marshal | By Deputy Marshal |