

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

# MEMORANDUM

**UNITED STATES OF AMERICA**

-vs-

**GISELA CASTRO MEDINA**

**Northern District Case No:**
**3:21-mj-285/HTC**

DATE:  August 17, 2021

**Your Case No.:** CR 21-173(2) WMW/DTS

TO:  U.S. District Court
District of Minnesota
Warren E. Burger Federal Building and US Courthouse
316 North Robert Street - Suite 100
St. Paul, Minnesota 55101

FROM:  Keri Igney, Courtroom Deputy for
Hope T. Cannon, United States Magistrate Judge
United States Courthouse
One North Palafox Street
Pensacola, Florida 32502

SUBJECT:  Rule 5 Proceedings

The above-styled case originated in your division. Enclosed please find copies of documents regarding proceedings held in the Northern District of Florida in Pensacola, Florida wherein the following action was taken:

INITIAL APPEARANCE: August 16, 2021
CHARGING DOCUMENTS: Indictment, Arrest Warrant
Minute Entry - Rule 5 IA - Out of District; Waiver of Rule 5 Hearings; Commitment Order; FLND Docket Sheet.

**Please stamp your RECEIVED notification on the extra copy of this letter and return same to me.  Thank you.**

Received by: (Deputy Clerk)_____ Date:_____

Date:_____